# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SANDRA ADAMSON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **Case No.: 2:10-CV-05040-LDD** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Aaron R. Easley  
Aaron R. Easley, Esquire  
Attorney for the Defendant

Date: November 15, 2010

/S/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Attorney for the Plaintiff

Date: November 15, 2010

BY THE COURT:

_____  
J.